RALPH O. FIELD, Respondent, v. SAMUEL SAPOWITCH, Appellant.— Judgment and order affirmed, with costs. Memorandum: The verdict in favor of plaintiff is sustained by the evidence and is not against its weight. We find no reversible error in the charge in respect to the rules of the road. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for

a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.